Christine M. LUCAS, Trustee Robert Lucas Family Trust, Plaintiff–Appellant,

v.

Jonnie LUCAS, Sr.; Richard High, Sr.; Honorable Judge John W. Debelius, Defendants–Appellees.

No. 15–1693.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 22, 2015.

Christine M. Lucas, Appellant Pro Se.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christine M. Lucas appeals the district court's order dismissing her civil complaint for lack of jurisdiction pursuant to the *Rooker–Feldman** doctrine. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Lucas' informal brief does not challenge the basis for the district court's disposition, Lucas has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

* *D.C. Court of Appeals v. Feldman,* 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Rooker v. Fid. Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923).